■ HARLEY PLANDER et al., Respondents, v. PETER F. COHALAN et al., Constituting the Town Board of the Town of Islip, Appellants.— In an action *inter alia* for a declaratory judgment, defendants appeal from a judgment of the Supreme Court, Suffolk County, entered December 18, 1972 after a nonjury trial, which (1) declared sections 68–338 and 68–339 of the Islip Code unconstitutional as applied to plaintiffs' real property and (2) directed defendants to issue a permit to plaintiffs to construct and operate a gasoline service station on their property. Judgment reversed, on the law and the facts, with costs, and judgment granted in favor of defendants declaring that the ordinance is constitutional as applied to plaintiffs' property. In our opinion, plaintiffs failed to meet their burden of proving that application of the ordinance to the subject premises is arbitrary and unreasonable (*Williams* v. *Town of Oyster Bay,* 32 N Y 2d 78). Martuscello, Acting P. J., Latham, Christ and Munder, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. WILBERT BLANKS, Appellant.— Appeal by defendant from a judgment of the Supreme Court, Queens County, rendered April 10, 1972, convicting him of possession of weapons and dangerous instruments and appliances as a felony, upon a jury verdict, and sentencing him to a prison term of not more than three years. Judgment modified, in the interests of justice, by reducing the sentence to the time served. As so modified, judgment affirmed. In our opinion, the sentence was excessive to the extent indicated herein. Gulotta, P. J., Hopkins, Martuscello, Brennan and Munder, JJ., concur.